UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| Elayne Pierson, | * | |
| | * | |
|     Plaintiff | * | |
| | * | |
| v. | * | Civil Action No. 1:06-cv-00134-PB |
| | * | |
| Town of Weare, | * | |
| | * | |
|     Defendant | * | |

The parties to the above-captioned matter hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1), that the matter be dismissed, with prejudice and without costs or interest.

Respectfully Submitted,

ELAYNE PIERSON,
By her attorneys,
BERNSTEIN, SHUR, SAWYER & NELSON,

Date:  February 1, 2007          By:     /s/Dawnangela Minton
                                         Dawnangela Minton, #14226
                                         670 North Commercial Street, Suite 108
                                         P.O. Box 1120
                                         Manchester, NH 03105-1120
                                         603.623.8700
                                         dminton@bernsteinshur.com

TOWN OF WEARE,
By its attorneys,
DEVINE, MILLIMET & BRANCH, P.A.,

Date:  February 1, 2007          By:     /s/Debra Weiss Ford
                                         Debra Weiss Ford, #2687
                                         216 Lafayette Road, Suite 103
                                         North Hampton, NH 03862
                                         603.964.4990
                                         dford@devinemillimet.com